Eldra Hague, Plaintiff, v. Edith M. Kiester, etc., et al.,
Defendants.
Edith M. Kiester, Appellant, v. Charles Busam, Appellee.

Gen. No. 42,663.

opinion filed December 13, 1943; rehearing denied December 28, 1943. George A. Bosomburg, for appellant; Kinne, Scovel, Robson & Murphy, for appellee; Harold F. Scovel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.